UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARIA ADELA RIVAS et al, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHUCK'S CAFE, INC. d/b/a THE PARAMOUNT BEACON HILL, et al,<br><br>Defendants. | C.A. No. 1:15-cv-11851-GAO |

## ORDER APPROVING SETTLEMENT

Having reviewed and considered the parties' proposed settlement agreement in the above-captioned case, and having held a hearing on the proposed settlement on June 15, 2016, and having received no objections to the settlement after sufficient distribution of notice to class members, the Court hereby orders as follows:

1) The settlement agreement is approved because it is fair, reasonable, and adequate;

2) The parties are hereby ordered to comply with the terms of the settlement, as set forth in the Plaintiffs' motion for approval;

3) Pursuant to the terms of the settlement, this action is hereby dismissed with prejudice.

_____
Hon. George A. O'Toole, Jr.
United States District Court Judge
6/16/16

1